IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND DOUGLAS HARDY                                                              PLAINTIFF

     v.                                    Civil No. 1:11-cv-01033

CHIEF ROBERT GORUM; DETECTIVE
KELLY BLAIR; DETECTIVE TODD DEW;
and OFFICER JUSTIN YOUNG                                                         DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff Raymond Douglas Hardy filed this civil rights case pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

On March 30, 2012, Defendants filed a Motion for Summary Judgment. ECF No. 18. On April 10, 2012, an Order was entered directing Plaintiff to complete an attached Notice Regarding Response to Motion. ECF No. 22. The Notice required Plaintiff to state whether he would file a response to Defendants' Motion for Summary Judgment unassisted or if he requested the Court's assistance by the preparation of a questionnaire.

Plaintiff was directed to return the attached notice by May 1, 2012. ECF No. 22. Plaintiff was also advised that if he failed to return the attached notice by May 1, 2012, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action. ECF No. 22.

On April 27, 2012, Plaintiff filed a Motion to Extend Time in order to hire counsel. ECF No. 23. On May 8, 2012, the Court denied Plaintiff's Motion to Extend Time, but did extend

Plaintiff's deadline to return the Notice Regarding Response to Motion to May 29, 2012. ECF No. 24. The Court again advised Plaintiff that failure to return the Notice Regarding Response to Motion by May 29, 2012 would subject this case to summary dismissal for failure to obey the order of this Court and failure to prosecute this case. ECF No. 24.

To date, Plaintiff has not returned the Notice or requested a second extension of time to file the Notice. Both of the Court's Orders were sent to the address contained on the docket sheet. This address was provided to the court by Plaintiff. Neither the original Order with the attached Notice (ECF No. 22) nor the Order extending Plaintiff's deadline to May 29, 2012 (ECF No. 25) have been returned as undeliverable.

I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey the order of the Court and his failure to prosecute this case. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of June 2012.

       /s/ Barry A. Bryant  
       HON. BARRY A. BRYANT  
       UNITED STATES MAGISTRATE JUDGE