IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND DOUGLAS HARDY                                                                    PLAINTIFF

V.                                    CASE NO. 1:11-CV-01033

CHIEF ROBERT GORUM; DETECTIVE
KELLY BLAIR; DETECTIVE TODD DEW;
and OFFICER JUSTIN YOUNG                                                               DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 8, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 27). Judge Bryant recommends dismissing this case with prejudice for Plaintiff's failure to prosecute the case and his failure to follow a court order. Specifically, Plaintiff has not responded to the Court's order to return a motion-response notice. The Court gave Plaintiff a nearly one-month extension, with which Plaintiff failed to comply. Plaintiff still has not responded to the Court's order. No one has objected to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 27) in its entirety. Plaintiff's claims are **DISMISSED WITH PREJUDICE** as to all Defendants. Defendants' motion for summary judgment (ECF No. 18) is **DENIED AS MOOT**.

IT IS SO ORDERED, this 28th day of June, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge