IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND DOUGLAS HARDY                                                                    PLAINTIFF

vs.                                         Civil No. 11-CV-1033

CHIEF ROBERT GORUM, *et al.*                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 13, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 42). Judge Bryant recommends that Plaintiff's official capacity claims against Defendants Gorum, Blair, Dew, and Young be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Plaintiff's official capacity claims against Defendants Gorum, Blair, Dew, and Young are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of August, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge