IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND DOUGLAS HARDY                                                                PLAINTIFF

vs.                                    Civil No. 11-CV-1033

CHIEF ROBERT GORUM, *et al.*                                                        DEFENDANTS

### ORDER

      Before the Court is the Report and Recommendation filed August 1, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 74. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 63) be granted. Plaintiff has responded with objections, and the Court has reviewed the objections.[1] ECF Nos. 77 and 78. The Court finds the matter ripe for its consideration.

      Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation. In his objections, Plaintiff claims that the officers made contradictory statements, that the officers destroyed evidence, and that the officers did not follow the proper arrest procedures. These accusations do not dispute the evidence submitted by Defendants, along with their summary judgment motion, that the force used against Plaintiff was not excessive.

      Accordingly, after reviewing the record *de novo*, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion for Summary Judgment (ECF No. 63) is **GRANTED**. Plaintiff's individual claims against Defendants Young, Dew, Blair, and Gorum are **DISMISSED**,

---

[1] In response to the Report and Recommendation, Plaintiff filed two documents. ECF Nos. 77 and 78. One of these documents is titled "A Motion for Summary Judgment." ECF No. 77. The Court, however, will treat this document as objections to the Report and Recommendation because it is more properly characterized as such.

and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of September, 2014.

/s/ Susan O. Hickey<br>
Susan O. Hickey<br>
United States District Judge