IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND DOUGLAS HARDY                                                                    PLAINTIFF

v.                                      Civil No. 1:11-cv-01033

CHIEF ROBERT GORUM; DETECTIVE
KELLY BLAIR; DETECTIVE TODD DEW;
and OFFICER JUSTIN YOUNG                                                              DEFENDANTS

### REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Raymond Douglas Hardy filed this civil rights case pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation. Currently before me is Appellate's Motion for Leave to Appeal *in forma pauperis* (IFP) (ECF No. 81).

On September 10, 2014, the United States District Judge Susan O. Hickey entered an order granting Defendants' Motion for Summary Judgment and dismissing this case with prejudice. ECF No. 79. Hardy filed his Notice of Appeal on October 27, 2014. ECF No. 80.

Pursuant to Federal Rule of Appellate Procedure 4, a notice of appeal must be filed with the district clerk within thirty (30) days after entry of the judgment or order appealed from. Fed. R. App. P. 4(a)(1)(A). White did not file his Notice until October 27, 2014—approximately forty-eight (48) days from the day the Court ordered this case dismissed.

Accordingly, I recommend that Hardy's Motion for Leave to Appeal IFP (ECF No. 81) be denied as untimely pursuant to Federal Rule of Appellate Procedure 4. I also recommend Hardy

1

be advised he may renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit.  Fed. R. App. P. 24(a).

The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.

DATED this 29th day of October 2014.

        /s/ Barry A. Bryant
        HON. BARRY A. BRYANT
        UNITED STATES MAGISTRATE JUDGE