IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND DOUGLAS HARDY                                                                     PLAINTIFF

V.                                        Civil No. 11-CV-1033

CHIEF ROBERT GORUM, *et al.*                                                          DEFENDANTS

## ORDER

     Before the Court is the Report and Recommendation filed October 29, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 83.  Judge Bryant recommends that Plaintiff's Motion for Leave to Appeal In Forma Pauperis (ECF No. 81) be denied as untimely pursuant to Fed. R. App. P. 4(a)(1)(A).  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1)(C).  Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion for Leave to Appeal In Form Pauperis (ECF No. 81) is **DENIED**. Plaintiff may renew his Motion for Leave to Appeal In Forma Pauperis with the United States Court of Appeals for the Eighth Circuit.  *See* Fed. R. App. P. 24(a).

     **IT IS SO ORDERED**, this 9th day of December, 2014.

                                                              /s/ Susan O. Hickey
                                                              Susan O. Hickey
                                                              United States District Judge